# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

William Gomez

                Plaintiff,

v.                                              Case No.: 1:15−cv−09278

                                                              Honorable James B. Zagel

Southport Lanes, Incorporated, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 2, 2016:

      MINUTE entry before the Honorable James B. Zagel: Plaintiff's Agreed Motion to Dismiss [5] is granted. The matter is dismissed in its entirety with prejudice and without costs, expenses, or disbursements to any party. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.